FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-21-00385-CV

Lisa **SEPULVEDA**,
Appellant

v.

Manuel **MOLINA** and Marcus Molina,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI09823
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On September 13, 2021, this court notified the district clerk that the record was late. *See* TEX. R. APP. P. 37.3. The next day, the district clerk filed a notice of late record and requested an extension of time to calculate the cost to prepare the clerk's record.

The request is GRANTED. The district clerk must calculate the cost to prepare the clerk's record and notify Appellant of that cost within TEN DAYS of the date of this order.

If Appellant fails to pay, or arrange to pay, for preparing the clerk's record, the district clerk must file a Notification of Late Record stating that fact within TWENTY DAYS of the date of this order. *See id.*

Otherwise, the district clerk must file the clerk's record within THIRTY DAYS of the date of this order. *See id.*

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court